IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARGARET ROBERTS**                                                  **PLAINTIFF**

**VS.**                  **CASE NO. 4:05CV00183 JMM**

**SUNBEAM PRODUCTS, INC.**
**AND AMERICAN HOUSEHOLD, INC.**                              **DEFENDANTS**

## ORDER

For good cause shown, defendants' Motion for Relief from Final Scheduling Order is granted (#24).   The trial date of February 27, 2006 and the general scheduling deadlines, including the discovery cutoff and dispositive motion deadline, are stayed until the Court has ruled on the class certification issue.

IT IS SO ORDERED this   2   day of August, 2005.


_____
James M. Moody
United States District Judge