IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARGARET ROBERTS, on behalf
of herself individually and all others
similarly situated, ET AL.**                                              **PLAINTIFFS**

**VS.**             **CASE NO. 4:05CV000183 JMM**

**SUNBEAM PRODUCTS, ET AL.**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff Margaret Roberts' complaint be, and it is hereby, dismissed.  The request for class certification is dismissed without prejudice

IT IS SO ORDERED this __14__ day of December, 2005.

James M. Moody
United States District Judge